Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Stanley D. Bowman**

700 N Pacific Coast Hwy Ste 202A
Redondo Beach, CA 90277-2167

California State Bar Number: **75896**
sb@stanleybowman.com

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re:

**Double Eagle Limited Corporation**

Debtor(s).

CASE NO.:

CHAPTER: **11**

## VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **February 4, 2022**

Signature of Debtor 1

*/s/ John Ellis*

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **February 4, 2022**

*/s/ Stanley D B*

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                       F 1007-1.MAILING.LIST.VERIFICATION

```
Double Eagle Limited Corporation
32302 Alipaz St
Spc 21
San Juan Capistrano, CA  92675-4160


Law Office Of Stanley D Bowman
700 N Pacific Coast Hwy Ste 202A
Redondo Beach, CA  90277-2167
```

```
11 Souring and Supply Co
72 The Strand Apt 2
Hermosa Beach, CA   90254-5045


American Industrial Foundation
14910 Perris Blvd # 8607
Moreno Valley, CA   92553-7181


Bayline Bank
800 Elm Grove Rd # 104
Elm Grove, WI   53122-2533


BSIFinancial Services
PO Box 517
Titusville, PA   16354-0517


Califonia TD Specialist
8190 E Kaiser Blvd
Anaheim, CA   92808-2215


Ms Walsh
Los Draft Department
PO Box 790088
San Antonio, TX   78279-0088


Patrick Plotner
C/O TomBrown
72 The Strand Apt 2
Hermosa Beach, CA   90254-5045
```

```
Point Happy Reality
24445 Hawthorne Blvd Ste 107
Torrance, CA   90505-6562


PS Funding Inc
2121 Park Pl Ste 250
El Segundo, CA   90245-4705


Sea Crest Properies LLC
78574 Waterfall Dr
Palm Desert, CA   92211-1449


South Bay Promotions
2414 Artesia Blvd
Redondo Beach, CA   90278-3208


Sun City Palm Desert
78574 Del Webb Blvd
Palm Desert, CA   92210


The Mortgage Law Firm PLC
2745 Tierra Alta Way Ste B
Temecula, CA   92589-3498


TTBGM INC
60151 Trilogy Pkwy
La Quinta, CA   92253-7640
```

Fill in this information to identify the case:

United States Bankruptcy Court for the:

Central District of California
(State)

Case number (If known): _____  Chapter 11-V

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Double Eagle Limited Corporation

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   87-1836474

4. **Debtor's address**

   **Principal place of business**

   32302 Alipaz Street # 21
   Number    Street

   San Juan Capistrano, CA 92675
   City                State    ZIP Code

   Orange
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   78574 Waterfall Drive
   Number    Street

   Palm Desert    CA    92211
   City    State    ZIP Code

5. **Debtor's website (URL)**    _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Double Eagle Limited Corporation _____    Case number (if known)_____
       Name

### 6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5   3   1   3

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Double Eagale Limited Corporation**  Case number (if known) _____
      Name

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

    ☑ No
    ☐ Yes.  District _____  When ___/___/_____  Case number _____
                                           MM / DD / YYYY

    If more than 2 cases, attach a separate list.

          District _____  When ___/___/_____  Case number _____
                                           MM / DD / YYYY

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ☑ No  Unknown
    ☐ Yes.  Debtor _____  Relationship _____
          District _____  When ___/___/_____
                                           MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.

    Case number, if known _____

11. Why is the case filed in *this district*?

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

    ☐ No
    ☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☑ Other  Property A: Forclosure sale set for 02-15-2022 @ 10:30 TS#840438
            Property B: Forclosure sale set for 02-23-2022 @ 09:00 TS#148309

    **Where is the property?**  Property A: 72 The Strand #2, Redondo Beach, CA 90254
                                  Property B: 78574 Waterfall Drive, Palm Deser, CA 92629
                                  Number  Street

                                  City                    State ZIP Code

    **Is the property insured?**
    ☐ No
    ☑ Yes. Insurance agency  **USSA General Indemnity Company**
           Contact name  **Policy # 043824449/90A**
           Phone  **702-269-3600**

---

**Statistical and administrative information**

Debtor __Double Eagale Limited Corporation__    Case number (if known)_____
       Name

---

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/03/2022
        MM / DD / YYYY

X _/s/ John Ellis_    John Ellis
Signature of authorized representative of debtor    Printed name

Title Vice President

---

Debtor: Double Eagale Limited Corporation

Case number (if known): _____

**18. Signature of attorney**

X *[signed] Stanley D B*
Signature of attorney for debtor

Date: 2 / 4 / 2022
MM / DD / YYYY

Stanley Bowman
Printed name

Law Office of Stanley Bowman
Firm name

700 North Pacific Coast Highway
Number    Street

Redondo Beach
City

CA
State

90277
ZIP Code

310.937.4440
Contact phone

sb@stanleybowman.com
Email address

75896
Bar number

California
State

Fill in this information to identify the case:

Debtor name: **Double Eagle Limited Corporation**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 Souring and Supply Co<br>72 The Strand Apt 2<br>Hermosa Beach, CA 90254-5045 | | | | | | $0.00 |
| American Industrial Foundation<br>14910 Perris Blvd # 8607<br>Moreno Valley, CA 92553-7181 | | | | | | $0.00 |
| Bayline Bank<br>800 Elm Grove Rd # 104<br>Elm Grove, WI 53122-2533 | | | | | | $0.00 |
| Califonia TD Specialist<br>8190 E Kaiser Blvd<br>Anaheim, CA 92808-2215 | | | | | | $0.00 |
| Ms. Walsh<br>Los Draft Department<br>PO Box 790088<br>San Antonio, TX 78279-0088 | | | | | | $0.00 |
| Patrick Plotner<br>C/O TomBrown<br>72 The Strand Apt 2<br>Hermosa Beach, CA 90254-5045 | | | | | | $0.00 |

Debtor **Double Eagle Limited Corporation**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Point Happy Reality 24445 Hawthorne Blvd Ste 107 Torrance, CA 90505-6562** | | | | | | $0.00 |
| **Sea Crest Properies LLC 78574 Waterfall Dr Palm Desert, CA 92211-1449** | | | | | | $0.00 |
| **South Bay Promotions 2414 Artesia Blvd Redondo Beach, CA 90278-3208** | | | | | | $0.00 |
| **Sun City Palm Desert 78574 Del Webb Blvd Palm Desert, CA 92210** | | | | | | $1,029.00 |
| **The Mortgage Law Firm, PLC 2745 Tierra Alta Way Ste B Temecula, CA 92589-3498** | | | | | | $0.00 |
| **TTBGM INC. 60151 Trilogy Pkwy La Quinta, CA 92253-7640** | | | | | | $0.00 |